*WHEN RECORDED MAIL TO:*

D.Scott Carruthers, (SBN 68745)
D. Scott Carruthers, APLC
8448 Katella Ave
Stanton CA 90680
Email: dsclawoff@aol.com
Telephone: (714) 761-3976

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATIONWIDE JUDGMENT RECOVERY INC.<br><br>     v.     PLAINTIFF(S),<br><br>TODD DISNER et al<br><br>     DEFENDANT(S). | CASE NUMBER:<br><br>CV 2:20-mc-00305<br><br>**ABSTRACT OF JUDGMENT/ORDER** |

I certify that in the above-entitled action and Court, Judgment/Order was entered on  November 12, 2020  in favor of  NATIONWIDE JUDGMENT RECOVERY INC.
whose address is  8452 Katella Ave, Stanton CA 90680
and against  XIUDONG MA
whose last known address is  9076 BROADWAY, TEMPLE CITY CA 91780
for $ 23,393.73  Principal, $ 1,925.46  Interest, $ 0  Costs,
and $ 0.00  Attorney Fees.

ATTESTED this    5th    day of    February    , 2021
Judgment debtor's driver's license no. and state;_____ (last 4 digits) ☒ Unknown.
Judgment debtor's Social Security number;    3138    (last 4 digits) ☐ Unknown.
☒ No stay of enforcement ordered by Court
☐ Stay of enforcement ordered by Court, stay date ends _____

Judgment debtor's attorney's name and address and/or address at which summons was served:

XIUDONG MA

9076 BROADWAY

TEMPLE CITY CA 91780

CLERK, U.S. DISTRICT COURT

By _____
Deputy Clerk

*NOTE: JUDGMENTS REGISTERED UNDER 28 U.S.C. §1963 BEAR THE RATE OF INTEREST OF THE DISTRICT OF ORIGIN AND CALCULATED AS OF THE DATE OF ENTRY IN THAT DISTRICT.*

G-18 (03/12)     ABSTRACT OF JUDGMENT/ORDER